UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**P.R.A. COMPANY, d/b/a VANTAGE PLASTICS,**

        Plaintiff,

Case No.

   v.

**ARGLASS YAMAMURA SE, LLC,**

        Defendant.

_____/

**COUZENS, LANSKY, FEALK,
ELLLIS, ROEDER & LAZAR, P.C.
By:   David A. Lawrence (P48630)
        Prerana R. Bacon (P69680)
Attorneys for Plaintiff
39395 W. Twelve Mile Road
Suite 200
Farmington Hills, MI 48331
(248) 489-8600
David.lawrence@couzens.com
Prerana.bacon@couzens.com**
_____/

### INDEX OF EXHIBITS TO COMPLAINT

1. Arglass Purchase Order

2. Tooling Approval Email

3. Vantage 12/10/20 Invoice VS0006278

4. Arglass Signed GTZ Bill of Lading

5. Tier Sheet Agreement

6. Vantage Invoice VS0007467

7. Vantage Invoice VS0009598

8. Vantage Invoices against tooling Purchase Order

COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.

2