# EXHIBIT 3



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
Tel (989) 846-1029

# Customer Invoice
## VS0006278

| ORDER INFO | |
|---|---|
| Cust PO No: | AYSE000016 |
| Invoice Date: | 12/10/2020 |
| Due Date: | 1/9/2021 |
| Terms: | Net 30 |
| Order No: | N/A |
| Note: | |

*Remit To:* 1415 W Cedar Street
Standish MI USA
48658-9527

| BILL TO | Arglass |
|---|---|
| | Arglass Yamamura<br>invoices@arglass.us.<br>908 North Patterson Street<br>Valdosta, GA 31601<br>USA |

| SHIPPING INFO | |
|---|---|
| Ship Date: | 12/10/2020 |
| Bill of Lading: | |
| Shipper No: | 05466 |
| Ship Via: | XPO Logistics LTL |
| Tracking No: | |
| Trailer No: | |
| Freight Terms: | Prepay & Add |
| FOB: | Standish |
| Supplier Code: | |

| SHIP TO | Main-Invoicing: |
|---|---|
| | Arglass Yamamura<br>invoices@arglass.us.<br>908 North Patterson Street<br>Valdosta, GA 31601<br>USA |

Program:
Engineer:

| Line | Description | PO Line No | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 04015V- - Tier Sheet - Arglass Tier Sheet - 100. @ $0.00 | | 100.00 | | 0.00 |

**Note:**
FREIGHT PRE PAY & ADD

Sales Amount: **$0.00**
Freight Charge: **$283.40**
Total (USD): **$283.40**

Past Due Invoices will be subject to 1% later charges(12% per annum). Customer will be responsible for ALL costs incurred collecting PAST DUE Accounts.

ACH Remittance:
Bank - The Huntington National Bank
41S High St., Columbus, OH 43215
ABA - 072403473
Account - 01388478188
Beneficiary - PRA Company dba Vantage Plastics
Email Remittance to - ar@vantageplastics.com

# XPO Logistics — STRAIGHT BILL OF LADING

**DRIVER PLEASE NOTE — IF SINGLE SHIPMENT CHECK BOX BELOW** ☐

**SHIPPER PLEASE NOTE:** FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT ☐ COLLECT

Motor Move

**Dest SIC:** NTH
**ORIGINAL - NOT NEGOTIABLE** — Page 1 of 1

| DATE | P.O. NO. | SHIPPER NO. |
|---|---|---|
| 12/10/20 | | |

**CUSTOMER'S SPECIAL REFERENCE NUMBER:** 5658653633960

**SHIPPER (FROM):** Cool Seal USA
STREET: 232 J Street
CITY, STATE/PROVINCE, ZIP/POSTAL CODE: Perrysburg, OH 43551 (US)
(TELEPHONE): (419) 973-5000

**CONSIGNEE (TO):** Arglass Yamamura / Joe Luna
STREET: 2775 Rocky Ford Rd.
CITY, STATE/PROVINCE, ZIP/POSTAL CODE: Valdosta, GA 31601 (US)
(TELEPHONE): (214) 674-9851

**BILL TO:** VANTAGE PLASTICS
STREET: 1415 W CEDAR ST
CITY, STATE/PROVINCE, ZIP/POSTAL CODE: STANDISH, MI 48658-9527 (US)

**CUSTOMS BROKER:**

ACCOUNT CODE:
☐ Guaranteed (G!)   ☐ Guaranteed by Noon (G!12)

| NUMBER SHIPPING UNITS | HM | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | NMFC NO. | CLASS OR DENSITY OF ARTICLES | WEIGHT (Subject to Correction) lb / kg |
|---|---|---|---|---|---|
| 1 | | PLT(s) Tier Sheets | | 125 | 250 |

Driver's signature acknowledges receipt of freight only. Received shipment is subject to terms of a written contract, if any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Logistics Freight, Inc. rules tariff. (see www.xpo.com)

443-391550   XPO Logistics

**COD AMOUNT:** $ _____   ☐ U.S.   ☐ Canadian
**COD Fee:** ☐ Prepaid   ☐ Collect
**REMIT COD TO:** ADDRESS / CITY / STATE/PROVINCE / ZIP/POSTAL CODE

NOTE: Consignee's company check made payable to the Shipper will be accepted by XPO Logistics Freight and forwarded to shipper unless otherwise directed to do so by the shipper.

Notice: Unless the Shipper completes the requirements as provided below, Carrier's liability shall be limited as stated herein and in Tariff CNWY-199 in effect on date of shipment, which is available on line at www.xpo.com or may be obtained upon request to Carrier. Shipment is subject to the released value provisions of the NMFC as set forth in paragraph 2 on the reverse side of this Bill of Lading. In no event shall Carrier be liable for loss of profit, income, interest, attorney fees, or any special, incidental or consequential damages.

Carrier liability with shipment originating within the United States: Carrier's liability shall be based on actual NMFC class of the shipment and is limited between $3.00 and $5.00 per pound as set forth in Tariff CNWY-199 in effect on the date of the shipment. Carrier's liability for all household goods, personal effects, and articles other than new, including but not limited to used, remanufactured or refurbished articles shall not exceed $0.10 per pound per individual lost or damaged piece within the shipment. Carrier's highest level of liability is $5.00 per pound per individual lost or damaged piece within the shipment, subject to $100,000.00 maximum total liability per shipment (or $10,000.00 per shipment for household goods). Shipper may increase Carrier's limits of liability for shipments originating within the United States if the Shipper requests excess value liability on the Bill of Lading in the SPECIAL AGREEMENT box below, declares value, and agrees to pay an additional charge by initialing where indicated. In no event shall Carrier be liable for loss of profit, income, interest, attorney fees, or any special, incidental or consequential damages. In no event shall Carrier liability exceed the actual destination value of the goods at the time of shipment. Total excess value liability requested cannot exceed $100,000.00 per shipment (or $10,000.00 per shipment for household goods).

Carrier liability with shipment originating within Canada: Unless the Shipper completes the SPECIAL AGREEMENT box below, declares value, and agrees to pay an additional charge by initialing where indicated, Carrier's maximum liability is CAN$2.00 per pound (CAN$4.41 per kilogram) per individual lost or damaged piece within the shipment, subject to a maximum total liability per shipment of CAN$20,000.00, and provided further that Carrier's liability on household goods, personal effects articles other than new articles, including but not limited to used, remanufactured or refurbished articles, shall not exceed ten cents ($0.10) (CAN) per pound per individual lost or damaged piece within the shipment.

SPECIAL AGREEMENT: To request excess value liability for shipments originating in the United States and Canada this section must be completed. Excess value liability requested is hereby specifically stated by the Shipper to be in total USD $ _____ or CAN $ _____, and Shipper agrees to pay an excess value liability charge: _____ _____ (Shipper's Initials).

Where the NMFC classification is dependent on value, shippers are required to state specifically below in writing the declared value of the property as follows: The declared value of the property is specifically stated by the shipper to be not exceeding $_____. This does not constitute a request for excess value liability unless the SPECIAL AGREEMENT box is completed and initialed.

Shipper's Certification: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Shipment Received: The shipment is received subject to Tariff CNWY-199, Carrier's pricing schedules, terms, conditions and rules maintained at Carrier's general offices in effect on the date of issue of this Bill of Lading, as well as the National Motor Freight Classifications (NMFC), the Hazardous Materials Transportation Regulations (Title 49 — CFR, Subtitle B, Chapter 1, Sub Chapter A-C), and the Household Goods Mileage Guide (HHGB 105 Series), for shipments originating in the United States; and the Canadian Motor Vehicle Transport Act, the Transportation of Dangerous Goods Act, and the regulations in force in the provincial jurisdiction at the time and place of the shipment for shipments originating in Canada. The property described on this Bill of Lading is in apparent good order, but only to the extent that it is unconcealed and visible without further inspection and except as noted or marked. The property is consigned and destined as indicated above. The word Carrier is defined throughout this contract as meaning any person or corporation in possession of the property under this contract. It is mutually agreed as to Carrier and each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all of this Bill of Lading's terms and conditions in effect on the date of shipment, including, but not limited to, the "Terms and Conditions" listed on the back side of this Bill of Lading.

**SHIPPER:** Cool Seal USA
AUTHORIZED SIGNATURE

**CARRIER:** ☐ XPO LOGISTICS FREIGHT, INC.   ☐ XPO LOGISTICS FREIGHT CANADA INC.
AUTHORIZED SIGNATURE   DATE
NUMBER OF UNITS RECEIVED

04032-Q0 (10/15) Printed in USA   (CNWY)

# BILL OF LADING

| SHIPPER (Ship From)<br>Vantage Plastics<br>1415 W. Cedar St.<br>Standish, MI 48658<br>USA | Bill of Lading Number:<br>**05466** |
|---|---|
| CONSIGNEE (Ship To)<br>Arglass Yamamura<br>invoices@arglass.us.<br>908 North Patterson Street<br>Valdosta, GA 31601 | Ship Date: 12/10/2020<br>Shipping Packing List No: 05466<br>Carrier: XPO Logistics LTL<br>Truck No:<br>Booking No:<br>Trailer No:<br>SCAC:<br>Tracking No:<br>Freight Terms: Prepay & Add<br>INCO Terms:<br>FOB: Standish |
| BILL TO<br>Arglass Yamamura<br>invoices@arglass.us.<br>908 North Patterson Street<br>Valdosta, GA 31601<br>USA | |
| FREIGHT (Freight Bill To)     Third Party ☐ | |

## DESCRIPTION OF GOODS

| UNITS<br>(No of Units & Container Type) | HM | DESCRIPTIONS<br>[Item No, Item Name, Hazard Class, Country of Origin, Commodity Code, Harmonized Tariff Code (HS), Freight Class, PO No(s), Release No(s)] | TOTAL QUANTITY<br>(weight, volume, gallons, etc.) | CONTAINER GROSS WEIGHT<br>(lbs/kg) |
|---|---|---|---|---|
| 1 Pallet | | Customer Part No:  Tier Sheet<br>Part No:  04015V<br>Part Description:  Arglass Tier Sheet<br>   Purchase Order No:  AYSE000016, Release(s) | 100 pcs | 41 lbs<br>(19 kg) |
| | | | TOTAL PALLETS<br>1 pallets | CARGO GROSS WEIGHT<br>41 lbs<br>(19 kg) |

SHIPPER'S CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| SHIPPER | CARRIER | CONSIGNEE |
|---|---|---|
| _(signature)_    12/10/2020<br>Shipper Signature    Ship Date | _____    _____<br>Carrier Signature    Pick Up Date | _____    _____<br>Receiver Signature    Receipt Date |



| Vantage Plastics | **Packing List** |
| --- | --- |
| 1415 W. Cedar St. | |
| Standish, MI 48658 | |
| USA | |
| Phone (989) 846-1029 | |

**Ship From**
Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
USA

**Ship To**
Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA

**Bill To**
Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA

**Packing List No**

05466

Ship Date:   12/10/2020
Bol No:   05466
Carrier:   XPO Logistics LTL
Freight Terms:   Prepay & Add
FOB:   Standish
Invoice Number:   VS0006278

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
| --- | --- | --- | --- | --- | --- |
| PO: AYSE000016 | Customer Part No: Tier Sheet<br>Part Name: Arglass Tier Sheet | 1   Pallet | 100 pcs | 1 lbs<br>(0 kg) | 41 lbs<br>(19 kg) |
| Totals: | | Containers<br>1 | Quantity<br>100 pcs | Net Weight<br>1 lbs<br>(0 kg) | Gross Weight<br>41 lbs<br>(19 kg) |

| Shipper Signature | 12/10/2020<br>Ship Date | Driver Signature |
| --- | --- | --- |

*Plex 6/9/2021 1:43 PM / Dawn.Doyle*                                                                                                         1 of 1