# EXHIBIT 6



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
Tel (989) 846-1029

# Customer Invoice
## VS0007467

### ORDER INFO
| | |
|---|---|
| Cust PO No: | AYSE001285 |
| Invoice Date: | 4/1/2021 |
| Due Date: | 5/1/2021 |
| Terms: | Net 30 |
| Order No: | N/A |
| Note: | |

*Remit To:* 1415 W Cedar Street
Standish MI USA
48658-9527

**BILL TO** — **Arglass**
Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA

### SHIPPING INFO
| | |
|---|---|
| Ship Date: | 4/1/2021 |
| Bill of Lading: | |
| Shipper No: | 06513 |
| Ship Via: | GlobalTranz Enterprises Inc |
| Tracking No: | 21612860 |
| Trailer No: | 5453 |
| Freight Terms: | **Prepay & Add** |
| FOB: | **Standish** |
| Supplier Code: | |

**SHIP TO** — **Valdosta**
Arglass Yamamura
1 Arglass Road
Valdosta, GA 31601
USA

Program:
Engineer:

| Line | Description | PO Line No | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | LINE 1 ITEM 6944<br>03848V-STEEL PLATE- - 03848V-Steel Plate - Arglass Steel Plate - 1. @ $1,064.00 . | | 1.00 | 1,064.0000/ea | 1,064.00 |

**Note:**

Sales Amount: $1,064.00
Freight Charge: $1,677.50
Total (USD): $2,741.50

Past Due Invoices will be subject to 1% later charges(12% per annum). Customer will be responsible for ALL costs incurred collecting PAST DUE Accounts.

ACH Remittance:
Bank - The Huntington National Bank
41S High St., Columbus, OH 43215
ABA - 072403473
Account - 01388478188
Beneficiary - PRA Company dba Vantage Plastics
Email Remittance to - ar@vantageplastics.com

*4/8/2021 11:04 AM Page 1*

# BILL OF LADING

| | |
|---|---|
| **SHIPPER** (Ship From)<br>Vantage Plastics<br>1415 W. Cedar St.<br>Standish, MI 48658<br>USA | **Bill of Lading Number:**<br>06513 |
| **CONSIGNEE** (Ship To)<br>Arglass Yamamura<br>1 Arglass Road<br>Valdosta, GA 31601 | Ship Date:   4/1/2021<br>Shipping Packing List No:   06513<br>Carrier:   GlobalTranz Enterprises Inc<br>Truck No:<br>Booking No:<br>Trailer No:   5453<br>SCAC:<br>Tracking No:   21612860<br>Freight Terms:   Prepay & Add<br>INCO Terms:<br>FOB:   Standish |
| **BILL TO**<br>Arglass Yamamura<br>invoices@arglass.us<br>908 North Patterson Street<br>Valdosta, GA 31601<br>USA | |
| **FREIGHT** (Freight Bill To)    Third Party ☐ | |

**SPECIAL INSTRUCTIONS**

21612860

## DESCRIPTION OF GOODS

| UNITS<br>(No of Units & Container Type) | HM | DESCRIPTIONS<br>[Item No, Item Name, Hazard Class, Country of Origin, Commodity Code, Harmonized Tariff Code (HS), Freight Class, PO No(s), Release No(s) ] | TOTAL QUANTITY<br>(weight, volume, gallons, etc.) | CONTAINER GROSS WEIGHT<br>(lbs/kg) |
|---|---|---|---|---|
| 1 Pallet | | Customer Part No:   03848V-Steel Plate<br>Part No:   03848V-STEEL PLATE<br>Part Description:   Arglass Steel Plate<br>   Purchase Order No:  AYSE001285, Release(s) | 1 pcs | 100 lbs<br>(45 kg) |
| | | | **TOTAL PALLETS**<br>1 pallets | **CARGO GROSS WEIGHT**<br>100 lbs<br>(45 kg) |

SHIPPER'S CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| SHIPPER | | CARRIER | | CONSIGNEE | |
|---|---|---|---|---|---|
| _[signature]_ | 4/1/2021 | _[signature]_ | | | |
| Shipper Signature | Ship Date | Carrier Signature | Pick Up Date | Receiver Signature | Receipt Date |



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
USA
Phone (989) 846-1029

# Packing List

Ship From
Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
USA

Ship To
Arglass Yamamura
1 Arglass Road
Valdosta, GA 31601
USA

Bill To
Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA

Packing List No

**06513**

Ship Date:    4/1/2021
Bol No:       06513
Carrier:      GlobalTranz Enterprises Inc
Freight Terms:   Prepay & Add
FOB:          Standish
Invoice Number:   VS0007467

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO: AYSE001285 | Customer Part No: 03848V-Steel Plate<br>Part Name: Arglass Steel Plate | 1    Pallet | 1 pcs | 60 lbs<br>(27 kg) | 100 lbs<br>(45 kg) |
| Totals: | | Containers<br>1 | Quantity<br>1 pcs | Net Weight<br>60 lbs<br>(27 kg) | Gross Weight<br>100 lbs<br>(45 kg) |

21612860
RAMP



_____        4/1/2021        _____
Shipper Signature              Ship Date        Driver Signature

*Plex 4/8/2021 11:06 AM / Dawn.Doyle*                                    *1 of 1*