# EXHIBIT 8



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
Tel (989) 846-1029

# Customer Invoice
## VS0007237

**ORDER INFO**

| | |
|---|---|
| Cust PO No: | **AYSE000016** |
| Invoice Date: | **3/16/2021** |
| Due Date: | **4/15/2021** |
| Terms: | **Net 30** |
| Order No: | **N/A** |
| Note: | |

*Remit To:*   **1415 W Cedar Street
Standish MI USA
48658-9527**

**BILL TO** | *Arglass*
Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA

**SHIPPING INFO**

Ship Date:
Bill of Lading:
Shipper No:
Ship Via:
Tracking No:
Trailer No:
Freight Terms:
FOB:
Supplier Code:

**SHIP TO** | *Main-Invoicing:*
Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA

Program:
Engineer:

| Line | Description | PO Line No | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | QUOTE LINE 3 ALUMINUM TOOL COMPLETION TL-03838V-B | | 1.00 | 18,723.0000 | 18,723.00 |

**Note:**
QUOTE 28052
**COMPLETED TOOLING DOES NOT PHYSICALLY SHIP.

| | |
|---|---|
| Sales Amount: | **$18,723.00** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$18,723.00** |

Past Due Invoices will be subject to 1% later charges(12% per annum). Customer will be responsible for ALL costs incurred collecting PAST DUE Accounts.

ACH Remittance:
Bank - The Huntington National Bank
41S High St., Columbus, OH 43215
ABA - 072403473
Account - 01388478188
Beneficiary - PRA Company dba Vantage Plastics
Email Remittance to - ar@vantageplastics.com

*3/17/2021 9:39 AM Page 1*



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
Tel (989) 846-1029

# Customer Invoice
## VS0006011

### ORDER INFO

| | |
|---|---|
| Cust PO No: | **AYSE000016** |
| Invoice Date: | **11/18/2020** |
| Due Date: | **12/18/2020** |
| Terms: | **Net 30** |
| Order No: | **N/A** |
| Note: | |

***Remit To:***  **1415 W Cedar Street**
**Standish MI USA**
**48658-9527**

| BILL TO | *Arglass* |
|---|---|
| | Arglass Yamamura
908 North Patterson Street
Invoices: stephen.williams@arglass.us
Valdosta, GA 31601
USA |

### SHIPPING INFO

| | |
|---|---|
| Ship Date: | **11/18/2020** |
| Bill of Lading: | |
| Shipper No: | **05186** |
| Ship Via: | **XPO Logistics LTL** |
| Tracking No: | **2122191** |
| Trailer No: | |
| Freight Terms: | **Prepaid** |
| FOB: | **Standish** |
| Supplier Code: | |

| SHIP TO | *MAIN* |
|---|---|
| | Arglass Yamamura
908 North Patterson Street
Invoices: stephen.williams@arglass.us
Valdosta, GA 31601
USA |

Program:
Engineer:

| Line | Description | PO Line No | Order Qty | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1 | SAMPLES ONLY - INCLUDED WITH TOOLING
03848V-D- - 56X44 PALLET - 56x44 PALLET
TL-03848V-D - 10. @ $0.00 | | 10 | 10.00 | | 0.00 |
| 2 | QUOTE LINE 1 DS-03848V-B COMPLETED DESIGN FOR THE ARGLASS PALLET.
03848V-B
DS-03848V-B | | 10 | 1.00 | 550.0000 | 550.00 |
| 3 | QUOTE LINE 2 PT-03848V-B COMPLETED PROTOTYPE TOOL FOR THE ARGLASS PALLET 03848V-B
Includes: Up to 2 samples.
TOOLING
PT-03838V-B | | 10 | 1.00 | 11,751.0000 | 11,751.00 |

Note:
ASSOCIATED PORTIONED CHARGES FOR QUOTE #28052

| | |
|---|---|
| Sales Amount: | **$12,301.00** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$12,301.00** |

Past Due Invoices will be subject to 1% later charges(12% per annum). Customer will be responsible for ALL costs incurred collecting PAST DUE Accounts.

ACH Remittance:
Bank - The Huntington National Bank
41S High St., Columbus, OH 43215
ABA - 072403473
Account - 01388478188
Beneficiary - PRA Company dba Vantage Plastics
Email Remittance to - ar@vantageplastics.com

PRO NO: 2122191

BILL NO: 2122191

**SHIPPER NAME AND ADDRESS:**

VANTAGE PLASTICS
1415 W CEDAR ST
STANDISH, MI 48658

CONTACT: No Contact Supplied
PHONE NO:0

**CONSIGNEE NAME AND ADDRESS:**

ARGLASS YAMAMURA
2775 ROCKY FORD RD.
VALDOSTA, GA 31601

CONTACT: No Contact Supplied
PHONE NO:0

**FREIGHT CHARGES BILL TO:**

VANTAGE PLASTICS

**FREIGHT TERMS:**

PREPAID  X
COLLECT __
3RD PARTY __

| PIECES | TYPE | WEIGHT | DESCRIPTION | HM | PART NO. | LTL CLASS |
|--------|------|--------|-------------|-----|----------|-----------|
| 2 | SKIDS | 565 | Freight of All Kinds | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL PCS 2 | | TOTAL WGT 565 | | | | |

**SPECIAL INSTRUCTIONS:**

**DECLARED SHIPMENT VALUE:**

**SHIPPER SIGNATURE/DATE:**

The shipper certifies that the materials are properly classified, labeled and packaged and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature: _S_____

Print Name: Seth Few

Date: 11/18/20

**CARRIER SIGNATURE/PICK-UP DATE:**

Carrier acknowledges receipt of goods and if shipment is hazardous has the required placarding and emergency response guidebook as required by the Department of Transportation. Carrier has inspected the shipment and by signing this BOL acknowledges the goods to be in acceptable condition unless otherwise noted.

Carrier Signature: _____

Print Name: Voleovsehv

Date: 11/18/20

**LEGEND:**

Unless otherwise agreed to in a written agreement signed by XPO Logistics Express, LLC ("XPO"), XPO's services are subject to the limitations of liability (including limitations on cargo loss and damage liability) and other provisions of (1) its XPO Logistics Express, LLC Rules Tariff 102 and Special Service Charges for motor carrier transportation provided by XPO, and (2) its Customer Standard Terms and Conditions for transportation brokerage service provided by XPO when arranging for service by third party carriers, all of which are incorporated herein by reference. These documents, which set forth XPO's and any customers' respective rights and responsibilities, can be found at www.xpo.com/business-terms or by emailing stc@xpo.com. All freight charges must be paid in full before any loss or damage claims

Consignee acknowledges receipt of goods as described on this Bill of Lading. Upon inspection of shipment unless otherwise noted herein, consignee accepts shipment in 'AS IS CONDITION'.

Consignee Signature: _____ _____ _____

Print Name: _____ _____ _____    Date of Receipt:___ _____    Time of Receipt:___ _____



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
Tel (989) 846-1029

# Customer Invoice
## VS0007238

**ORDER INFO**

| | |
|---|---|
| Cust PO No: | **AYSE000016** |
| Invoice Date: | **3/16/2021** |
| Due Date: | **4/15/2021** |
| Terms: | **Net 30** |
| Order No: | **N/A** |
| Note: | |

*Remit To:* **1415 W Cedar Street**
**Standish MI USA**
**48658-9527**

| BILL TO | *Arglass* |
|---|---|
| | Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA |

**SHIPPING INFO**

| | |
|---|---|
| Ship Date: | |
| Bill of Lading: | |
| Shipper No: | |
| Ship Via: | |
| Tracking No: | |
| Trailer No: | |
| Freight Terms: | |
| FOB: | |
| Supplier Code: | |

| SHIP TO | *Main-Invoicing:* |
|---|---|
| | Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA |

Program:
Engineer:

| Line | Description | PO Line No | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | LINE 1 COMPLETED DESIGN
DS-03903V-A | | 1.00 | 1,200.0000 | 1,200.00 |

**Note:**
QUOTE 28135

| | |
|---|---|
| Sales Amount: | **$1,200.00** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$1,200.00** |

Past Due Invoices will be subject to 1% later charges(12% per annum). Customer will be responsible for ALL costs incurred collecting PAST DUE Accounts.

ACH Remittance:
Bank - The Huntington National Bank
41S High St., Columbus, OH 43215
ABA - 072403473
Account - 01388478188
Beneficiary - PRA Company dba Vantage Plastics
Email Remittance to - ar@vantageplastics.com

*3/17/2021 9:48 AM Page 1*



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
Tel (989) 846-1029

# Customer Invoice
## VS0007239

| ORDER INFO | |
|---|---|
| Cust PO No: | **AYSE000016** |
| Invoice Date: | **3/16/2021** |
| Due Date: | **4/15/2021** |
| Terms: | **Net 30** |
| Order No: | **N/A** |
| Note: | |

***Remit To:***  **1415 W Cedar Street**
**Standish MI USA**
**48658-9527**

| BILL TO | *Arglass* |
|---|---|
| | Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA |

| SHIP TO | *Main-Invoicing:* |
|---|---|
| | Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA |

Program:
Engineer:

| SHIPPING INFO |
|---|
| Ship Date: |
| Bill of Lading: |
| Shipper No: |
| Ship Via: |
| Tracking No: |
| Trailer No: |
| Freight Terms: |
| FOB: |
| Supplier Code: |

| Line | Description | PO Line No | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | LINE 3 COMPLETED PROTOTYPE TOOLING
PT-03903V-A | | 1.00 | 10,895.0000 | 10,895.00 |

**Note:**
QUOTE 28135

| | |
|---|---|
| Sales Amount: | **$10,895.00** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$10,895.00** |

Past Due Invoices will be subject to 1% later charges(12% per annum). Customer will be responsible for ALL costs incurred collecting PAST DUE Accounts.

ACH Remittance:
Bank - The Huntington National Bank
41S High St., Columbus, OH 43215
ABA - 072403473
Account - 01388478188
Beneficiary - PRA Company dba Vantage Plastics
Email Remittance to - ar@vantageplastics.com

*3/17/2021 9:52 AM Page 1*



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
Tel (989) 846-1029

# Customer Invoice
## VS0007917

---

| ORDER INFO | |
| --- | --- |
| Cust PO No: | **AYSE000016** |
| Invoice Date: | **4/30/2021** |
| Due Date: | **5/30/2021** |
| Terms: | **Net 30** |
| Order No: | **N/A** |
| Note: | |

***Remit To:***   **1415 W Cedar Street**
**Standish MI USA**
**48658-9527**

| BILL TO | Arglass |
| --- | --- |
| | Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA |

| SHIPPING INFO | |
| --- | --- |
| Ship Date: | **4/30/2021** |
| Bill of Lading: | |
| Shipper No: | **06874** |
| Ship Via: | **GlobalTranz Enterprises Inc** |
| Tracking No: | **21836481** |
| Trailer No: | |
| Freight Terms: | **Prepaid** |
| FOB: | **Standish** |
| Supplier Code: | |

| SHIP TO | Valdosta |
| --- | --- |
| | Arglass Yamamura
1 Arglass Road
Valdosta, GA 31601
USA |

Program:
Engineer:

---

| Line | Description | PO Line No | Ship Qty | Unit Price | Ext Price |
| --- | --- | --- | --- | --- | --- |
| 1 | TOOLING SAMPLES ONLY
03903V-B- - 48X40 PALLET - 48x40 PALLET - 10. @ $0.00
. | | 10.00 | | 0.00 |
| 2 | TL-03903V-A - COMPLETED TOOLING - PARTIAL PO BILLING
Aluminum tool for the Arglass Pallet. 03903V-A
Includes: Up to 2 samples | | 1.00 | 20,647.0000 | 20,647.00 |
| 3 | FREIGHT PRE PAY & ADD FOR SAMPLES SHIPPED | | 1.00 | 1,644.5000 | 1,644.50 |

**Note:**
QUOTE #28135 LINE 3
TOOLING DOES NOT PHYSICALLY SHIP WITH SAMPLES

| | |
| --- | --- |
| Sales Amount: | **$22,291.50** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$22,291.50** |

Past Due Invoices will be subject to 1% later charges(12% per annum). Customer will be responsible for ALL costs incurred collecting PAST DUE Accounts.

ACH Remittance:
Bank - The Huntington National Bank
41S High St., Columbus, OH 43215
ABA - 072403473
Account - 01388478188
Beneficiary - PRA Company dba Vantage Plastics
Email Remittance to - ar@vantageplastics.com

*5/3/2021 1:59 PM Page 1*

# BILL OF LADING

| SHIPPER (Ship From) | Bill of Lading Number: |
|---|---|
| Vantage Plastics<br>1415 W. Cedar St.<br>Standish, MI 48658<br>USA | **06874** |

| CONSIGNEE (Ship To) | |
|---|---|
| Arglass Yamamura<br>1 Arglass Road<br>Valdosta, GA 31601 | Ship Date:   4/30/2021<br>Shipping Packing List No:   06874<br>Carrier:   GlobalTranz Enterprises Inc<br>Truck No:<br>Booking No:<br>Trailer No:<br>SCAC:<br>Tracking No:   21836481<br>Freight Terms:   Prepaid<br>INCO Terms:<br>FOB:   Standish |

| BILL TO | |
|---|---|
| Arglass Yamamura<br>invoices@arglass.us.<br>908 North Patterson Street<br>Valdosta, GA 31601<br>USA | |

**FREIGHT** (Freight Bill To)          Third Party ☐

## SPECIAL INSTRUCTIONS

21836481

### DESCRIPTION OF GOODS

| UNITS<br>(No of Units &<br>Container Type) | HM | DESCRIPTIONS<br>[Item No, Item Name, Hazard Class, Country of Origin, Commodity Code,<br>Harmonized Tariff Code (HS), Freight Class, PO No(s), Release No(s) ] | TOTAL QUANTITY<br>(weight, volume, gallons,<br>etc.) | CONTAINER<br>GROSS<br>WEIGHT<br>(lbs/kg) |
|---|---|---|---|---|
| 1 | | Customer Part No:   48X40 PALLET<br>Part No:   03903V-B<br>Part Description:   48x40 PALLET<br>   Purchase Order No:   AYSE000016, Release(s) | 10 pcs | 383 lbs<br>(174 kg) |
| | | | TOTAL PALLETS<br>1 pallets | CARGO GROSS<br>WEIGHT<br>383 lbs<br>(174 kg) |

SHIPPER'S CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| SHIPPER | CARRIER | CONSIGNEE |
|---|---|---|
| _____  4/30/2021<br>Shipper Signature    Ship Date | _____  _____<br>Carrier Signature    Pick Up Date | _____  _____<br>Receiver Signature    Receipt Date |

*Plex 5/3/2021 2:00 PM / Dawn.Doyle*                                                                 *1 of 1*



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
USA
Phone (989) 846-1029

# Packing List

---

**Ship From**
Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
USA

**Ship To**
Arglass Yamamura
1 Arglass Road
Valdosta, GA 31601
USA

**Bill To**
Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA

**Packing List No**

## 06874

Ship Date:   4/30/2021
Bol No:   06874
Carrier:   GlobalTranz Enterprises Inc
Freight Terms:   Prepaid
FOB:   Standish
Invoice Number:   VS0007917

---

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO:  AYSE000016 | Customer Part No:  48X40 PALLET<br>Part Name:  48x40 PALLET | 1 | 10 pcs | 383 lbs<br>(174 kg) | 383 lbs<br>(174 kg) |

| Totals: | | Containers | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| | | 1 | 10 pcs | 383 lbs<br>(174 kg) | 383 lbs<br>(174 kg) |

21836481

---

Shipper Signature | 4/30/2021<br>Ship Date | Driver Signature



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
Tel (989) 846-1029

# Customer Invoice
## VS0007467

---

**ORDER INFO**

| | |
|---|---|
| Cust PO No: | **AYSE001285** |
| Invoice Date: | **4/1/2021** |
| Due Date: | **5/1/2021** |
| Terms: | **Net 30** |
| Order No: | **N/A** |
| Note: | |

*Remit To:* **1415 W Cedar Street**
**Standish MI USA**
**48658-9527**

**BILL TO** | **Arglass**

Arglass Yamamura
invoices@arglass.us.
908 North Patterson Street
Valdosta, GA 31601
USA

**SHIPPING INFO**

| | |
|---|---|
| Ship Date: | **4/1/2021** |
| Bill of Lading: | |
| Shipper No: | **06513** |
| Ship Via: | **GlobalTranz Enterprises Inc** |
| Tracking No: | **21612860** |
| Trailer No: | **5453** |
| Freight Terms: | **Prepay & Add** |
| FOB: | **Standish** |
| Supplier Code: | |

**SHIP TO** | **Valdosta**

Arglass Yamamura
1 Arglass Road
Valdosta, GA 31601
USA

Program:
Engineer:

---

| Line | Description | PO Line No | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | LINE 1 ITEM 6944<br>03848V-STEEL PLATE- - 03848V-Steel Plate - Arglass Steel Plate - 1. @ $1,064.00 | | 1.00 | 1,064.0000/ea | 1,064.00 |

**Note:**

| | |
|---|---|
| Sales Amount: | **$1,064.00** |
| Freight Charge: | **$1,677.50** |
| Total (USD): | **$2,741.50** |

Past Due Invoices will be subject to 1% later charges(12% per annum). Customer will be responsible for ALL costs incurred collecting PAST DUE Accounts.

ACH Remittance:
Bank - The Huntington National Bank
41S High St., Columbus, OH 43215
ABA - 072403473
Account - 01388478188
Beneficiary - PRA Company dba Vantage Plastics
Email Remittance to - ar@vantageplastics.com

*4/8/2021 11:04 AM Page 1*

# BILL OF LADING

| **SHIPPER** (Ship From)<br>Vantage Plastics<br>1415 W. Cedar St.<br>Standish, MI 48658<br>USA | **Bill of Lading Number:**<br><br>06513<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ |
|---|---|

| **CONSIGNEE** (Ship To)<br>Arglass Yamamura<br>1 Arglass Road<br>Valdosta, GA 31601 | Ship Date:   4/1/2021<br>Shipping Packing List No:   06513<br>Carrier:   GlobalTranz Enterprises Inc<br>Truck No:<br>Booking No: |
|---|---|

| **BILL TO**<br>Arglass Yamamura<br>invoices@arglass.us.<br>908 North Patterson Street<br>Valdosta, GA 31601<br>USA | Trailer No:   5453<br>SCAC:<br>Tracking No:   21612860<br>Freight Terms:   Prepay & Add<br>INCO Terms:<br>FOB:   Standish |
|---|---|

| **FREIGHT** (Freight Bill To)          Third Party ☐ | |
|---|---|

**SPECIAL INSTRUCTIONS**

21612860

| DESCRIPTION OF GOODS | | | | |
|---|---|---|---|---|
| UNITS<br>(No of Units &<br>Container Type) | HM | DESCRIPTIONS<br>[Item No, Item Name, Hazard Class, Country of Origin, Commodity Code,<br>Harmonized Tariff Code (HS), Freight Class, PO No(s), Release No(s) ] | TOTAL QUANTITY<br>(weight, volume, gallons,<br>etc.) | CONTAINER<br>GROSS<br>WEIGHT<br>(lbs/kg) |
| 1 Pallet | | Customer Part No:   03848V-Steel Plate<br>Part No:   03848V-STEEL PLATE<br>Part Description:   Arglass Steel Plate<br>  Purchase Order No:  AYSE001285, Release(s) | 1 pcs | 100 lbs<br>(45 kg) |
| | | | TOTAL PALLETS<br>1 pallets | CARGO GROSS<br>WEIGHT<br>100 lbs<br>(45 kg) |

SHIPPER'S CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| SHIPPER | CARRIER | | CONSIGNEE | |
|---|---|---|---|---|
| _(signature)_ | _(signature)_ | | | |
| Shipper Signature          4/1/2021<br>                    Ship Date | Carrier Signature | Pick Up Date | Receiver Signature | Receipt Date |



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
USA
Phone (989) 846-1029

# Packing List

---

Ship From
  Vantage Plastics
  1415 W. Cedar St.
  Standish, MI 48658
  USA

Ship To
  Arglass Yamamura
  1 Arglass Road
  Valdosta, GA 31601
  USA

Bill To
  Arglass Yamamura
  invoices@arglass.us.
  908 North Patterson Street
  Valdosta, GA 31601
  USA

Packing List No

## 06513

Ship Date:  4/1/2021

Bol No:  06513

Carrier:  GlobalTranz Enterprises Inc

Freight Terms:  Prepay & Add

FOB:  Standish

Invoice Number:  VS0007467

---

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO:  AYSE001285 | Customer Part No:  03848V-Steel Plate<br>Part Name:  Arglass Steel Plate | 1   Pallet | 1 pcs | 60 lbs<br>(27 kg) | 100 lbs<br>(45 kg) |

| Totals: | | Containers | Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| | | 1 | 1 pcs | 60 lbs<br>(27 kg) | 100 lbs<br>(45 kg) |

---

21612860
RAMP

_____          4/1/2021          _____
Shipper Signature                  Ship Date          Driver Signature