UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

P.R.A. COMPANY, d/b/a VANTAGE PLASTICS,

    Plaintiff,

  v.

ARGLASS YAMAMURA SE, LLC,

    Defendant.

Case No. 24-cv-10204

Hon. Thomas L. Ludington

_____/

| COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C. | MILLER JOHNSON |
|---|---|
| By:   David A. Lawrence (P48630)<br>        Prerana R. Bacon (P69680)<br>Attorneys for Plaintiff<br>39395 W. Twelve Mile Road<br>Suite 200<br>Farmington Hills, MI 48331<br>(248) 489-8600<br>David.lawrence@couzens.com<br>Prerana.bacon@couzens.com | By:   Joshua D. Apel (P79206)<br>Attorneys for Defendant<br>500 Woodward Avenue, Suite 2800<br>Detroit, MI  48226<br>(313) 672-6939<br>apelj@millerjohnson.com |

_____/

## INDEX OF EXHIBITS TO FIRST AMENDED COMPLAINT

1. Arglass Purchase Order

2. Arglass Onboarding Table

3. Tooling Approval

4. 12/10/20 Invoice VS0006278

5. Arglass Signed GTZ Bill of Lading

6. Tier Sheet Agreement

7. Vantage Invoice VS0007467

8. CoolSeal Invoice

9. Vantage Invoice VS0009598

COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.