# EXHIBIT 1

# Purchase Order

| | |
|---|---|
| **Order No:** | AYSE000016 |
| **Order Date:** | 8/11/2020 |
| **Vendor PO:** | |
| **Buyer:** | Joe Luna |
| **Ship Via:** | |
| **FOB:** | |

**Vendor:**

Greg Murphy
Vantage Plastics
1415 West Cedar Street
Standish MI 48658-9527
Phone: (678) 494-0656

**Deliver To:**

Arglass Yamamura SE, LLC
908 North Patterson Street
Valdosta GA 31601
USA
Phone: (229) 466-1200

REFERENCE THIS ORDER ON ALL PACKING LISTS, INVOICES _ CORRESPONDENCE

| No. | Item | Description | Quantity | U/M | Due Date | Price | Net Amount | |
|---|---|---|---|---|---|---|---|---|
| 1 | 75 | | 1.000 | EA | 8/11/2020 | 49,747.00000 | 49,747.00 | USD |
| | | Tooling for 56x44 Pallet | | | | | | |
| 2 | 76 | | 1.000 | EA | 8/11/2020 | 32,742.00000 | 32,742.00 | USD |
| | | Tooling for 48x40 Pallet | | | | | | |

**Remit To:**

Total: 82,489.00

Wire To:
Bank Transit Number:
Account Number:
**Payment Terms:**   Net 60
**Special Instructions**

Buyer Signature _____     Authorized Signature _____

**Arglass Yamamura SE, LLC, 908 North Patterson Street, Valdosta, GA, 31601, USA**
**P: (229) 466-1200**