# EXHIBIT 2

| | | 31-Dec-20 | 31-Jan-21 | 28-Feb-21 | 31-Mar-21 | 30-Apr-21 | 31-May-21 | 30-Jun-21 | 31-Jul-21 | 31-Aug-21 | 30-Sep-21 | 31-Oct-21 | 30-Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | New Pallets rented beginning month | 5,000 | 5,011 | 4,767 | 3,562 | 4,536 | 2,395 | 590 | 257 | 0 | 0 | 0 | 0 |
| | *Cummulative pallets rented* | *5,000* | *10,011* | *14,778* | *18,340* | *22,876* | *25,271* | *25,861* | *26,118* | *26,118* | *26,118* | *26,118* | *26,118* |
| 7 | New tier sheets rented | 35,000 | 35,077 | 33,369 | 24,934 | 31,752 | 16,765 | 4,130 | 1,799 | 0 | 0 | 0 | 0 |
| | *Cummulative tier sheets rented* | *35,000* | *70,077* | *103,446* | *128,380* | *160,132* | *176,897* | *181,027* | *182,826* | *182,826* | *182,826* | *182,826* | *182,826* |
| | Rental price per unit (1 pallet & 7 tier sheets) | $ 1.90 | $ 1.90 | $ 1.90 | $ 1.90 | $ 1.90 | $ 1.90 | $ 1.90 | $ 1.90 | $ 1.90 | $ 1.90 | $ 1.90 | $ 1.90 |
| | Monthly Rent | $ 9,500 | $ 19,021 | $ 28,078 | $ 34,846 | $ 43,464 | $ 48,015 | $ 49,136 | $ 49,624 | $ 49,624 | $ 49,624 | $ 49,624 | $ 49,624 |
| 6 | Security deposit | $ 57,000 | $ 57,125 | $ 54,344 | $ 40,607 | $ 51,710 | $ 27,303 | $ 6,726 | $ 2,930 | $ - | $ - | $ - | $ - |
| | *Cummulative security deposit* | *$ 57,000* | *$ 114,125* | *$ 168,469* | *$ 209,076* | *$ 260,786* | *$ 288,089* | *$ 294,815* | *$ 297,745* | *$ 297,745* | *$ 297,745* | *$ 297,745* | *$ 297,745* |
| | "Value" of Assets (at selling price) | | | | | | | | | | | | |
| | Pallets | $ 215,000 | $ 215,473 | $ 204,981 | $ 153,166 | $ 195,048 | $ 102,985 | $ 25,370 | $ 11,051 | $ - | $ - | $ - | $ - |
| | Tier sheets | $ 175,700 | $ 176,087 | $ 167,512 | $ 125,169 | $ 159,395 | $ 84,160 | $ 20,733 | $ 9,031 | $ - | $ - | $ - | $ - |
| | **Total Value of Assets** | **$ 390,700** | **$ 391,560** | **$ 372,493** | **$ 278,335** | **$ 354,443** | **$ 187,145** | **$ 46,103** | **$ 20,082** | **$ -** | **$ -** | **$ -** | **$ -** |
| | *Cummulative "Value" (at sales price) of Asset* | *$ 390,700* | *$ 782,260* | *$ 1,154,753* | *$ 1,433,088* | *$ 1,787,531* | *$ 1,974,676* | *$ 2,020,779* | *$ 2,040,861* | *$ 2,040,861* | *$ 2,040,861* | *$ 2,040,861* | *$ 2,040,861* |
| | *Security deposit as a % of asset value* | *14.6%* | *14.6%* | *14.6%* | *14.6%* | *14.6%* | *14.6%* | *14.6%* | *14.6%* | *14.6%* | *14.6%* | *14.6%* | *14.6%* |

At the end of the first year, the security deposit would be reduced to three months with the release of the excess amount