# EXHIBIT 3

| | |
|---|---|
| **From:** | Joe Luna \| Arglass <joe.luna@arglass.us> |
| **Sent:** | Friday, October 2, 2020 5:32 PM |
| **To:** | Greg Murphy |
| **Cc:** | José de Diego Arozamena \| Arglass |
| **Subject:** | RE: Approval to Proceed with Tooling for 56 x 44 and 48 x40 |

Yes, Please Proceed, We Approve Tooling subject to Contract.


Regards

--

**Joe Luna**
*Head of Supply Chain*

908 North Patterson Street, Valdosta, GA 31601
T: +1 (229) 466-1200x2007 | M: +1 (214) 674-9851
joe.luna@arglass.us | www.arglass.us  

  

CONFIDENTIALITY NOTICE: This e-mail is confidential and/or legally privileged and is intended only for the use of the individual or entity named herein. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. In this regard, if you have received this e-mail in error, please notify us and then delete this message from your system. Thank you for your cooperation.

**From:** Greg Murphy <greg.murphy@vantageplastics.com>
**Sent:** Friday, October 2, 2020 1:10 PM
**To:** Joe Luna | Arglass <joe.luna@arglass.us>
**Cc:** José de Diego Arozamena | Arglass <jda@arglass.us>
**Subject:** Approval to Proceed with Tooling for 56 x 44 and 48 x40

Hi Joe -

Please respond to this email and confirm we have the go ahead to proceed producing the Tooling and sampling work for testing of both the 56 x 44 pallet and the 48 x 40 pallet per PO # AYSE000016.

Final drawings attached that were approved by Canon.

Please confirm back.

Thanks,

1

Greg

**Greg Murphy**
**greg.murphy@vantageplastics.com**
**Direct Office 678-494-0656**
**Cell 770-329-7447**



**Forming** Solutions**│Forming** Better Lives**│Forming** Sustainable Futures

**1415 W Cedar | Standish, MI 48658**
**989.846.1029 | Fax 989.846.0939**
**www.vantageplastics.com**

*CONFIDENTIALITY NOTICE*
*This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his/her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and deleting this e-mail immediately.*