# EXHIBIT 5

# GLOBALTRANZ

**GTZ BOL NO : 20981368**

| | |
|---|---|
| **Shipper** | Vantage Plastics |
| **Address** | 232 J Street |
| | Ampoint Industrial Park |
| | Perrysburg, OH 43552 |
| **Country** | USA |
| **Contact Name** | Jody Wendy Mike |
| **Phone Number** | |
| **Contact Email** | |
| **Fax Number** | |

| | |
|---|---|
| **Carrier** | FLEX TRANSPORT INC |
| **Shipment Date** | 12/18/20 |
| **Carrier Pro#** | |
| **Ref #** | |
| **Carrier Quote #** | |
| **P/O #** | |
| **Customer BOL NO** | |

Shelby Fero
[signature]
12/21/20

| | |
|---|---|
| **Consignee** | Arglass Yamamura |
| **Address** | 2775 Rocky Ford Rd |
| | Valdosta, GA 31601 |
| **Country** | USA |
| **Contact Name** | Receiving |
| **Phone Number** | |
| **Contact Email** | |
| **Fax Number** | |

**Third Party Billing Information:**
All charges are prepaid to
GlobalTranz
PO Box 6348
Scottsdale AZ 85261
Direct billing inquiries to : (866) ___-1407
GTZ BOL NO : 20981368

**Comments/Special Instructions:**
**Pickup Remarks :**
**Delivery Remarks :**

| Pallets | Pieces | IsHazmat | Description | Weight | Freight Class | Length | Width | Height | NMFC | Stackable |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 30 | | Parts | 30000 | | 0 | 0 | 0 | | false |

The authorized signatories signing this document on behalf of its company consents and bind its company to the terms and conditions found on www.carrierrate.com.

**Shipper Certification :** I hereby certify that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packaged, marked and labeled and in proper condition for carriage by land/air according to applicable national governmental regulations.

**Shipper's Signature:** [signature]  **Date** 12/18/20  **Trailer#:** 1138
**Driver's Signature:** [signature]  **Date:**  **Trailer#:**

**Drivers Certification :** Carrier acknowledges receipt of packages in good order, condition and quantity unless otherwise stated hereon. Carrier certifies emergency response information and required placards were made available and/or carrier has the D.O.T. emergency response guidebook or equivalent in the vehicle.

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Consignor's Signature:** _____

**Consignee Signature:** _____  **Print Name:** _____
**Company Name:** _____  **Date:** _____

Permanent post-office address of the Shipper.
Mark with "X" to designate material as defined in Title 49 CFR

Escaneado con CamScanner