# EXHIBIT 6

# Tier Sheet - Interim Supply Agreement

## Between Arglass and Vantage Plastics

## 12-17-20

Whereas both Vantage Plastics, Inc. of Standish, Michigan and Arglass of Valdosta, Georgia work toward finalizing a pallet fleet Rental Agreement contract contingent upon manufacturing pallets that meet Arglass performance requirements, short term Vantage Plastics, Inc. has in good faith begun production of the Tier Sheets that are meant to be part of the Rental Agreement. Specifically, these Tier Sheets are 56" x 44" x 3 mm, Green Plastic Corrugated, with 2" Radius Corners and Sealed Edges, and include applied RFID Tags for tracking. At first this was for Arglass to run internal testing and has now moved into the need for production quantities of Tier Sheets for normal use with alternative pallets.

By the date of 12-21-20 Vantage will have supplied 10,500 of these production quality Tier Sheets.

The purpose of this agreement is so both Arglass and Vantage Plastics, Inc. can agree that in the event the parties cannot get the Rental Agreement signed and in place, in which these Tier Sheets would be covered under that Rental Agreement, that Arglass agrees they will pay Vantage Plastics at a rate of $5.32/each plus freight, for all Tier Sheets requested by Arglass and supplied by Vantage from today's date forward.

Additionally, Arglass agrees that they will track and keep records of the Tier Sheets' location and quantity in circulation via the RFID Tags, from this date forward, and will provide this data at a minimum of twice per month to Vantage Plastics. In the event of lost tier sheets prior to a rental agreement being put in place Arglass will be responsible to pay Vantage Plastics, Inc. at the rate $5.32 per lost tier sheet.

**Vantage Plastics**

Printed Name: Paul Hultman

Signature: Paul Hultman

12-17-20

**Arglass**

Printed Name: Joe Wra.

Signature:

12-17-20