# EXHIBIT 8



# CoolSeal USA

232 J Street
Perrysburg, Oh 43551
Phone  419-666-1111
Fax    419-666-7777
**www.CoolSealUSA.com**

**PREPAID ON 9/8/21 INV# PW10435**

# INVOICE

Invoice No.: **13512**
Packlist ID: PL-03467
Date: **08/09/2021**
Order No.: **CO-02708**
Page No.:
F.O.B.: **PERRYSBURG OH**

| Sold To | Ship To |
|---|---|
| VANTAGE PLASTICS<br>1415 W CEDAR STREET<br>STANDISH, MI 48658<br>GREG MURPHY 989-846-1029 x153 | VANTAGE PLASTICS<br>1415 W CEDAR STREET<br>STANDISH, MI 48658<br>GREG MURPHY 989-846-1029 x153 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | FREIGHT TERMS |
|---|---|---|---|
| **VANPLA** | **4391** | **NET 30** | **Freight: Billed** |

| SALES REP ID | SHIPPING METHOD | SHIP DATE | INVOICE DUE DATE |
|---|---|---|---|
| | **COOLSEAL N/C** | **08/09/2021** | **09/08/2021** |

| QUANTITY | | | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| ORD | SHP | BCK | | | |
| 24500 | 11550 | 12950 | **30224**          04015V | $5.18 | 59,829.000 |
| | | | DCT 3MM 56C X 44 600G GREEN | | |
| | | | LOT ID:: 07082021-1 | | |

| | |
|---|---|
| **SUB TOTAL:** | **$59,829.00** |
| FREIGHT CHARGES: | $0.00 |
| PRE-INVOICED AMOUNT: | |
| **TOTAL AMOUNT DUE:** | **$59,829.00** |

vhinvmfg

IF YOU HAVE QUESTIONS ON HOW THIS INVOICE WAS CALCULATED, OR QUESTIONS ABOUT ANY OF OUR OTHER PRODUCTS, PLEASE CONTACT OUR SALES OFFICE.

WE RESERVE THE RIGHT TO ADMINISTER A FINANCE CHARGE OF 1.5% PER MONTH ON ANY BALANCE NOT PAID WITHIN THE TERMS SPECIFIED ABOVE.

WE RESERVE THE RIGHT TO ADMINISTER A $30 FEE FOR ALL RETURNED CHECKS.

PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK AND REMIT TO:     **CoolSeal USA**
232 J Street
Perrysburg, OH 43551