# EXHIBIT 9



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
Tel (989) 846-1029

# Customer Invoice
## VS0009598

**ORDER INFO**

| | |
|---|---|
| Cust PO No: | **043021** |
| Invoice Date: | **8/31/2021** |
| Due Date: | **10/30/2021** |
| Terms: | **Net 60** |
| Order No: | **N/A** |
| Note: | |

*Remit To:* **1415 W Cedar Street**
**Standish MI USA**
**48658-9527**

**BILL TO** — *VANLEASE*

VanLease, LLC
1415 W Cedar St
Standish, MI 48658
USA

**SHIPPING INFO**

| | |
|---|---|
| Ship Date: | **8/31/2021** |
| Bill of Lading: | |
| Shipper No: | **08305** |
| Ship Via: | **XPO Logistics LTL** |
| Tracking No: | **889-776495** |
| Trailer No: | |
| Freight Terms: | **Prepay & Add** |
| FOB: | **Standish** |
| Supplier Code: | |

**SHIP TO** — *Arglass*

VanLease, LLC
One Arglass Way
Valdosta, GA
USA

Program:
Engineer:

| Line | Description | PO Line No | Ship Qty | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1 | 03848V-D- - 03848V - 56x44 PALLET<br>TL-03848V-D - 5. @ $90.36 | | 5.00 | 90.3600/ea | 451.80 |
| 2 | 03903V-B- - 03903V - 48x40 PALLET - 2. @ $60.98 | | 2.00 | 60.9800/ea | 121.96 |
| 3 | FREIGHT PRE-PAY & ADD | | 1.00 | 212.9200 | 212.92 |

**Note:**

| | |
|---|---|
| Sales Amount: | **$786.68** |
| Freight Charge: | **$0.00** |
| Total (USD): | **$786.68** |

Past Due Invoices will be subject to 1% later charges(12% per annum). Customer will be responsible for ALL costs incurred collecting PAST DUE Accounts.

ACH Remittance:
Bank - The Huntington National Bank
41S High St., Columbus, OH 43215
ABA - 072403473
Account - 01388478188
Beneficiary - PRA Company dba Vantage Plastics
Email Remittance to - ar@vantageplastics.com

*9/1/2021 2:56 PM Page 1*

# BILL OF LADING

| **SHIPPER** (Ship From) | **Bill of Lading Number:** |
|---|---|
| Vantage Plastics<br>1415 W. Cedar St.<br>Standish, MI 48658<br>USA | **08305** |

| **CONSIGNEE** (Ship To) | Ship Date:   8/31/2021 |
|---|---|
| VanLease, LLC<br>One Arglass Way<br>Valdosta, GA | Shipping Packing List No:   08305<br>Carrier:   XPO Logistics LTL<br>Truck No:<br>Booking No: |
| **BILL TO** | Trailer No:<br>SCAC:   XPOC |
| VanLease, LLC<br>1415 W Cedar St<br>Standish, MI 48658<br>USA | Tracking No:   889-776495<br>Freight Terms:   Prepay & Add<br>INCO Terms:<br>FOB:   Standish |
| **FREIGHT** (Freight Bill To)          Third Party ☐ | |

**SPECIAL INSTRUCTIONS**

SAMPLES
ATTN: JOE LUNA / FOR FINAL TESTING
889-776495

## DESCRIPTION OF GOODS

| UNITS<br>(No of Units &<br>Container Type) | HM | DESCRIPTIONS<br>[Item No, Item Name, Hazard Class, Country of Origin, Commodity Code,<br>Harmonized Tariff Code (HS), Freight Class, PO No(s), Release No(s) ] | TOTAL QUANTITY<br>(weight, volume, gallons,<br>etc.) | CONTAINER<br>GROSS<br>WEIGHT<br>(lbs/kg) |
|---|---|---|---|---|
| 1 | | Customer Part No:   03848V<br>Part No:   03848V-D<br>Part Description:   56x44 PALLET TL-03848V-D<br>   Purchase Order No:  043021, Release(s)  May | 5 pcs | 223 lbs<br>(101 kg) |
| 1 | | Customer Part No:   03903V<br>Part No:   03903V-B<br>Part Description:   48x40 PALLET<br>   Purchase Order No:  043021, Release(s)  May | 2 pcs | 77 lbs<br>(35 kg) |
| | | | TOTAL PALLETS<br>2 pallets | CARGO GROSS<br>WEIGHT<br>299 lbs<br>(136 kg) |

SHIPPER'S CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| SHIPPER | CARRIER | CONSIGNEE |
|---|---|---|
| _Signature_          8/31/2021 | | |
| Shipper Signature      Ship Date | Carrier Signature      Pick Up Date | Receiver Signature      Receipt Date |



Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
USA
Phone (989) 846-1029

# Packing List

**Ship From**
Vantage Plastics
1415 W. Cedar St.
Standish, MI 48658
USA

**Ship To**
VanLease, LLC
One Arglass Way
Valdosta, GA
USA

**Bill To**
VanLease, LLC
1415 W Cedar St
Standish, MI 48658
USA
Phone:  9898461029

**Packing List No**

## 08305

Ship Date:   8/31/2021
Bol No:   08305
Carrier:   XPO Logistics LTL
Freight Terms:   Prepay & Add
FOB:   Standish
Invoice Number:   VS0009598

| Order Details | Description of Goods | Container Details | Shipped Quantity | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| PO: 043021<br>Releases:  May | Customer Part No:  03848V<br>Part Name:  56x44 PALLET TL-03848V-D | 1 | 5 pcs | 223 lbs<br>(101 kg) | 223 lbs<br>(101 kg) |
| PO: 043021<br>Releases:  May | Customer Part No:  03903V<br>Part Name:  48x40 PALLET | 1 | 2 pcs | 77 lbs<br>(35 kg) | 77 lbs<br>(35 kg) |
| Totals: | | Containers<br>2 | Quantity<br>7 pcs | Net Weight<br>299 lbs<br>(136 kg) | Gross Weight<br>299 lbs<br>(136 kg) |

SAMPLES
ATTN: JOE LUNA / FOR FINAL TESTING
SAMPLES
ATTN: JOE LUNA / FOR FINAL TESTING

_____          8/31/2021          _____
Shipper Signature                              Ship Date                          Driver Signature

*Plex 9/1/2021 3:04 PM / Dawn.Doyle*